IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01953-MSK-BNB

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

$4,8000.00 IN UNITED STATES CURRENCY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Order Setting Status Conference** [docket no. 13, filed January 29, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Status Conference set for January 31, 2007, is VACATED.


DATED:  January 30, 2007