IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01953-MSK-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$4,800.00 IN UNITED STATES CURRENCY,

        Defendant.

## ORDER GRANTING UNCONTESTED MOTION
## FOR FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the Plaintiff's Uncontested Motion for Final Order of Forfeiture and Judgment **(#12).** Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff, United States of America, commenced this action by filing a Verified Complaint for Forfeiture in Rem **(#1)** against the Defendant property. According to the Verified Complaint, the Defendant is $4,800 in United States currency seized from Seth Sarmiento, who had no reported lawful wages and earned income by trafficking in illegal drugs.

The Plaintiff published notice of this forfeiture action in a general circulation publication for four consecutive weeks. The Plaintiff also mailed a notice to Mr. Sarmiento. Mr. Sarmiento filed an Answer **(#9)** and a Verified Statement of Interest **(#10)** contesting the forfeiture of the Defendant money. No other person has claimed an interest in the seized currency.

Subsequently, Mr. Sarmiento and the Plaintiff entered into a settlement agreement **(#12-3)**

whereby half of the Defendant currency is to be returned to Mr. Sarmiento, and the remaining half is to be forfeited. They also agree that a Certificate of Reasonable Cause shall issue as to the entire amount seized.

In accordance with that agreement, the Plaintiff has filed an uncontested motion asking the Court to enter a judgment in its favor, a final order of forfeiture, and a Certificate of Reasonable Cause. Based upon the agreement between Mr. Sarmiento and the Plaintiff, and the sworn allegations in the Verified Complaint,

**IT IS ORDERED** that:

(1) The Plaintiff's Uncontested Motion for Final Order of Forfeiture and Judgment **(#12)** is **GRANTED**.

(2) Judgment and a final order of forfeiture shall enter in favor of the Plaintiff and against the Defendant, and shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

(3) The Plaintiff shall return to claimant Seth Sarmiento $2,400 of Defendant $4,800 in United States Currency.

Dated this 28th day of March, 2007

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge